UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDING


NEWARK                                          DATE: October 22, 2008

JUDGE:  HON.  FAITH S. HOCHBERG

COURT REPORTER:  JOHN STONE

DEPUTY CLERK:  JULIANNE BURO

Title of Case:  COPPOLINO v. TOTAL CALL INTERNATIONAL, INC.

Civ. Docket # 08-539 (FSH)

Appearances:        James Cecchi, Esq. for Plaintiff
                    Lindsey Taylor, Esq. for Plaintiff
                    Kenyanna M. Scott, Esq. for Defendant
                    Rodney Lewis, Esq. for Defendant
                    Tony Pinto, Esq. for Defendant

**NATURE OF PROCEEDINGS:** Hearing on [5] Motion to Dismiss and [8] Motion to Take
Judicial Notice of the Proceedings before the Tennessee Chancery Court


Ordered motions taken under advisement pending potential supplemental briefing.


Time Commenced:   11:00 a.m.      Time adjourned: 12:50p.m.


cc: chambers                              Julianne Buro
                                          Deputy Clerk