James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, BAIN, GILFILLAN,
 CECCHI, STEWART & OLSTEIN
5 Becker Farm Rd.
Roseland, New Jersey 07068
(973) 994-1700

Paul M. Weiss
Eric C. Brunick
FREED & WEISS LLC
111 West Washington Street, Suite 1331
Chicago, Illinois  60602
(312) 220-0000

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL COPPOLINO, and NORA MONDAY individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>v.<br><br>TOTAL CALL INTERNATIONAL, INC.,<br><br>　　　　　　　　Defendant. | Civil Action No. 08-539(FSH)<br><br>**NOTICE OF MOTION**<br><br>**Motion Date: July 20, 2009** |

**To:**   Joseph A. Boyle, Esq.
　　　　Geoffrey W. Castello, Esq.
　　　　KELLEY DRYE & WARREN LLP
　　　　200 Kimball Drive
　　　　Parsippany, New Jersey 07054

　　　　*Attorneys for Defendant*

COUNSEL:

PLEASE TAKE NOTICE that on July 20, 2009, at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned counsel for Plaintiffs shall move before the Hon. Faith S. Hochberg, U.S.D.J. at the United States Post Office and Courthouse Building, Newark, New Jersey 07101, to enter an Order granting Preliminary Approval of Class Settlement and papers submitted in support thereof in accordance with the Federal Rules of Civil Procedure and Local Civil Rules.  Plaintiffs will rely upon the annexed Brief in Support of Preliminary Approval of Class Settlement and related Certification of James E. Cecchi dated June 26, 2009.  A proposed form of Order is included within Exhibit 1 to the Certification of James E. Cecchi.

Dated:  June 26, 2009

CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN

/s/ James E. Cecchi
James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN
5 Becker Farm Road
Roseland, NJ  07068
(973) 994-1700 (telephone)
(973) 994-1744 (facsimile)

*Attorneys for Plaintiffs*